# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Samuel Alvin Thompson,

    Petitioner,

vs.

USA,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09cv261

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/20/2009 Order.

Signed: July 20, 2009

Frank G. Johns, Clerk
United States District Court